No. 13. GROUP OF INSTITUTIONAL INVESTORS ET AL. *v.* ABRAMS ET AL. April 12, 1943. Petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. See *ante,* p. 523.

No. 692. BAND-IT COMPANY ET AL. *v.* McANENY. April 12, 1943.

No. 7. ECKER ET AL., CONSTITUTING THE INSTITUTIONAL BONDHOLDERS COMMITTEE, *v.* WESTERN PACIFIC RAILROAD CORP. ET AL.;

No. 8. CROCKER FIRST NATIONAL BANK ET AL. *v.* WESTERN PACIFIC RAILROAD CORP. ET AL.;

No. 20. WESTERN PACIFIC RAILROAD CO. *v.* ECKER ET AL.;

No. 33. RECONSTRUCTION FINANCE CORPORATION *v.* WESTERN PACIFIC RAILROAD CORP. ET AL.;

No. 61. IRVING TRUST CO., SUBSTITUTED TRUSTEE, *v.* CROCKER FIRST NATIONAL BANK ET AL.; and

No. 661. EWING *v.* UNITED STATES. April 19, 1943. Petitions for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. See *ante,* p. 448.